UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 11813 JLT CIVIL ACTION NO.

| | |
|---|---|
| KENNETH I. TOOTELL, JR., <br> Plaintiff <br><br> vs. <br><br> HAMILTON M. SPORBORG, D.D.S. <br> Defendant | COMPLAINT <br> AND <br> DEMAND FOR JURY TRIAL <br><br> MAGISTRATE JUDGE Cohen |

RECEIPT # 58091
AMOUNT $ 150
SUMMONS ISSUED Yes
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED
BY DPTY. CLK. T.O.M
DATE 8/19/04

### INTRODUCTION

This is a 28 U.S.C. §1332 Diversity of Citizenship Action sounding in Tort/Dental Malpractice and set forth in three (3) Counts. The Plaintiff, Kenneth I. Tootell, Jr., seeks Seven Hundred and Fifty Thousand ($750,000.00) Dollars in redress and compensation for critical and ongoing personal injuries and concomitant pain and suffering proximately caused by the tortious conduct of the Defendant, Hamilton M. Sporborg, D.D.S.

### PARTIES

1. The Plaintiff, Kenneth I. Tootell, Jr. (hereinafter: "Mr. Tootell") at all times material hereto was a resident of 31670 Avenue C, P.O. Box 1478, Big Pine Key, Munroe County, Florida 33043.

2. The Defendant, Hamilton M. Sporborg, D.D.S. (hereinafter: "Dr. Sporborg") is, and at all times material hereto was, a dentist and oral surgeon licensed to practice such profession and having an office at 1118 Main Street in the Town of Chatham, County of Barnstable, in the Commonwealth of Massachusetts.

### JURISDICTION

3. Jurisdiction of this Honorable Court - inter alia - is based upon 28 U.S.C., §1332, Diversity of Citizenship, as the amount in controversy well exceeds the sum or value of $75,000.00 exclusive of interests and costs, diversity of citizenship exists between the parties, and the Defendant, Dr. Sporborg, who at all times material hereto maintained his oral surgery and dentistry office in the Town of Chatham, Barnstable County, Massachusetts, is clearly subject to this Court's jurisdiction.

## STATEMENT OF FACTS

4. On or about September 11, 1997 Mr. Tootell was referred to and employed Dr. Sporborg to examine and treat Mr. Tootell's teeth, relying upon Dr. Sporborg's skill and competence in dentistry and oral surgery.

5. From on or about September 1, 2001 and thereafter until at least July 10, 2003 the Defendant, Dr. Sporborg, so negligently examined, extracted and treated Mr. Tootell's teeth, jaw and mouth as to cause Mr. Tootell to sustain critical, ongoing and irreversible dental, oral and personal injuries as hereinafter alleged.

## COUNT I - NEGLIGENCE

6. Plaintiff, Mr. Tootell, repeats and reallages as part of this Count each and every allegation contained in Paragraphs 1 through 5 with the same force and effect as though fully set forth herein.

7. The Defendant, Dr. Sporborg, his agents, servants and employees, negligently, carelessly and/or unskillfully cared for and treated the Plaintiff, Mr. Tootell, during but not limited to the dates hereinabove set forth, as follows:

   a. Negligent failure to follow the standard of acre and skill of the average qualified member of the profession practicing the specialties practiced by the Defendant, and the employees, servants and agents of the Defendant, taking into account advances in the profession;

   b. Negligent failure to diagnose the conditions and the dental, oral and/or medical problems of the Plaintiff, and subsequent complications;

   c. Negligent failure to properly and fully advise and instruct the Plaintiff regarding all treatment alternatives and their concomitant risks, benefits and possible consequences;

   d. Negligent failure to treat or adequately treat the conditions and dental, oral and/or medical problems of the Plaintiff, and the subsequent complications and/or offer and implement far less destructive, more conservative, indicated treatment alternatives;

   e. Negligent failure to prescribe or administer or have administered, or prescribe or administer of have administered in the proper amounts, certain indicated prescriptions, medications, medicines and/or other prophylactic measures to/for the Plaintiff; and,

f.  Negligent failure to respond to certain symptoms of the Plaintiff, particularly an obviously extant, continuing and pervasive infection in and about the Plaintiff's mouth, teeth and gums affected by the treatment given, and/or negligent failure to use appropriate diligence in any oral surgical or dental responses made, in the care and treatment of the Plaintiff and any subsequent complications.

8.  As the direct and proximate result of the negligence and carelessness of the Defendant, Dr. Sporborg, his agents, servants and/or employees, as hereinabove set forth, the Plaintiff, Mr. Tootell, has been caused to suffer and continues to suffer severe and permanent injuries, including but not limited to no less than two extremely painful gingival grafts, extreme deterioration of his jawbone requiring more extensive bone grafting than would otherwise ever be necessary, thus incurring otherwise unnecessary surgical procedures and oral surgical/dental care, and, has suffered great physical and mental anguish and continues to suffer the same. Mr. Tootell has been and will be in the future caused to expend substantial sums of money for now required restorative, rehabilitative oral surgical and dental care and treatment. Moreover, Mr. Tootell's general quality and enjoyment of life has been profoundly affected.

WHEREFORE, THE PLAINTIFF, KENNETH I. TOOTELL, JR., DEMANDS JUDGMENT AGAINST THE DEFENDANT, HAMILTON S. SPORBORG, D.D.S., IN THE SUM OF SEVEN HUNDRED AND FIFTY THOUSAND ($750,000.00) DOLLARS TOGETHER WITH INTEREST AND ALL COSTS OF THIS ACTION.

## COUNT II - LACK OF INFORMED CONSENT

9.  Plaintiff repeats and realleges as part of this Count each and every allegation contained in Paragraphs 1 through 8 with the same force and effect as though fully set forth at length herein.

10. The afore-described treatment performed by Dr. Sporborg on Mr. Tootell was plainly without Mr. Tootell's full consent as Dr. Sporborg failed to instruct and inform the Plaintiff, Mr. Tootell, of all the dangers, possible harms and risks of said treatment and of known, effective alternative and more conservative forms of treatment reasonably indicated by the symptoms manifested by Mr. Tootell when necessarily examined by Dr. Sporborg. Had Mr. Tootell been fully informed as to the critical, material and serious dangers, possible harms and risks involved and the availability of more appropriate, indicated and conservative treatment, Mr. Tootell would not have consented to the negligent course of treatment perpetrated by Dr. Sporborg.

11. As the direct and proximate result of the unconsented oral surgical and dental treatment performed on the Plaintiff, Kenneth I. Tootell, Jr., intentionally by Hamilton M. Sporborg, D.D.S., as specified above, and as the direct and proximate result of said Defendant's effective misrepresentation by his failure to fully disclose the dangers, possible harms and material risks involved, and alternative, conservative treatment methods available, the Plaintiff, Mr. Tootell, has suffered severe pain of body and mind, permanent and debilitating physical injuries, he was compelled to incur great and continuing expenses for dental/medical treatment and attention, and he has been prevented from engaging in his usual activities for an extended period of time. Mr. Tootell's health, ability to work and earn income, ability to engage in his normal and usual activities and ability to enjoy his normal quality of life have been acutely and unjustifiably impaired.

WHEREFORE, THE PLAINTIFF, KENNETH I. TOOTELL, JR. DEMANDS JUDGMENT AGAINST THE DEFENDANT IN THE SUM OF SEVEN HUNDRED AND FIFTY THOUSAND ($750,000.00) DOLLARS TOGETHER WITH INTERESTS AND ALL COSTS OF THIS ACTION.

## COUNT III - BREACH OF CONTRACT/WARRANTY

12. Plaintiff repeats and realleges as part of this Count each and every allegation contained in Paragraphs 1 through 11 with the same force and effect as though fully set forth herein.

13. Plaintiff, in reliance on the Defendant's express representations, promises, warranties and guarantees, and in reliance on said Defendant's express promise and contracting to produce a particular dental and oral surgical result, underwent a course of treatment as described herein on and after September 1, 2001 performed by Dr. Sporborg.

14. As the direct and proximate result of said Defendant's, Dr. Sporborg's, breach of his aforesaid promises, warranties, guarantees and contract to produce a particular dental, oral surgical result, and through his treatment performed on the Plaintiff on and after September 1, 2001 the Plaintiff was caused to suffer severe pain of body and mind, permanent and debilitating physical injuries, and to incur great and continuing expenses for medical treatment and attention, and, he has been prevented from engaging in his usual activities for an extended period of time. Mr. Tootell's health, ability to work and earn income, ability to engage in his normal and usual activities and ability to enjoy his normal quality of life have been acutely and unjustifiably impaired.

WHEREFORE, THE PLAINTIFF, KENNETH I. TOOTELL, JR. DEMANDS JUDGMENT AGAINST THE DEFENDANT IN THE SUM OF SEVEN HUNDRED AND FIFTY THOUSAND ($750,000.00) DOLLARS TOGETHER WITH INTERESTS AND ALL COSTS OF THIS ACTION.

## PLAINTIFF'S DEMAND FOR JURY TRIAL

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE, RULE 38, THE PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY OF ALL ISSUES IN THIS ACTION TRIABLE OF RIGHT BY A JURY.

Plaintiff, Kenneth I. Tootell, Jr.,
By His Attorney,

Anthony R. Bott, Esq.
BBO # 040450
Anthony R. Bott, P.C.
Eight Beach Road
P.O. Box 1137
East Orleans, MA 02643
(508) 240-2700

Dated:

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

KENNETH I. TOOTELL, JR.

**DEFENDANTS**

HAMILTON M. SPORBORG, D.D.S

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Munroe, FL
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Barnstable, MA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Anthony R. Bott, Esq.   Phone: (508) 240-2700
Anthony R. Bott, P.C.
P.O. Box 1137, East Orleans, MA 02643

**ATTORNEYS (IF KNOWN)**

04 11813 JLT

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☒ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury—Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights / ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This is a 28 U.S.C. Section 1332 Diversity of Citizenship (Dental Malpractice) Suit in three (3) Counts based upon the alleged tortious conduct of the Defendant.

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $** $750,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 7/17/04

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) **KENNETH I. TOOTELL, JR. V. HAMILTON M. SPORBORG, D.D.S**

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   — I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   — II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   XX III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   — IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   — V. 150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   **NONE**

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?    YES    (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)    YES    (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?    YES    NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?    YES    (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).    (YES)    NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

   (EASTERN DIVISION)    CENTRAL DIVISION    WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

   EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **Anthony R. Bott, Esq.**
ADDRESS **Anthony R. Bott, P.C. PO Box 1137, 8 Beach Road, East Orleans, MA 02643**
TELEPHONE NO. **(508) 240-2700**

(Cover sheet local.wpd - 11/27/00)