AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

KENNETH I. TOOTELL, JR.

V.

HAMILTON M. SPORBORG, D.D.S.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11813 JLT

TO: (Name and address of Defendant)

Hamilton M. Sporborg, D.D.S.
1118 Main Street
Chatham, MA   02633

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony R. Bott, Esq.
ANTHONY R. BOTT, P.C.
Eight Beach Road
P.O. Box 1137
East Orleans, MA   02643

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE

**Barnstable County Sheriff's Office**

I hereby certify and return that on December 2, 2004, I served the within Summons, Complaint, Civil Action Cover Sheet and Category Sheet, on Hamilton M. Sporborg, D.D.S., by delivering an attested copy thereof, in hand, to Hamilton M. Sporborg, D.D.S., at 3:15 p.m., at 1118 Main Street, Chatham, MA 02633.

S 54.30

Thomas R. Pennypacker II, Deputy Sheriff
PO Box 391, Harwichport, MA 02646

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
             Date                Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.