# UNITED STATES DISTRICT COURT
## IN AND FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH I. TOOTELL, JR., <br> Plaintiff <br><br> VS. <br><br> HAMILTON M. SPORBORG, D.D.S., <br> Defendant | CIVIL ACTION NO. 04-11813 JLT |

**APPEARANCE, ANSWER, AND JURY CLAIM OF THE DEFENDANT, HAMILTON M. SPORBORG, D.D.S., TO COMPLAINT OF THE PLAINTIFF**

<u>**THE DEFENDANT, HAMILTON M. SPORBORG, D.D.S., CLAIMS A TRIAL BY JURY AS TO ALL ISSUES**</u>

The defendant, Hamilton M. Sporborg, D.D.S., denies the allegations contained within the INTRODUCTION section of plaintiff's Complaint. The defendant also moves pursuant to M.G.L. Chapter 231, Section 60C to strike and ad damnum amount.

1. The defendant, Hamilton M. Sporborg, D.D.S., denies the allegations of Paragraph No. 1 of the plaintiff's Complaint.

2. The defendant, Hamilton M. Sporborg, D.D.S., admits that at all relevant times he was a dentist with an office located in Barnstable County, Massachusetts. The defendant denies the remaining allegations as phrased.

3. The defendant, Hamilton M. Sporborg, D.D.S., denies the allegations of Paragraph No. 3 of the plaintiff's Complaint.

4. The defendant, Hamilton M. Sporborg, D.D.S., denies the allegations of Paragraph No. 4 of the plaintiff's Complaint, as phrased.

5. The defendant, Hamilton M. Sporborg, D.D.S., denies the allegations of this paragraph.

## COUNT I

6. The defendant, Hamilton M. Sporborg, D.D.S., repeats and reasserts all preceding responses as if set forth word for word in their entirety.

7. The defendant, Hamilton M. Sporborg, D.D.S., denies the allegations of this paragraph in its entirety.

8. The defendant, Hamilton M. Sporborg, D.D.S., denies the allegations of Paragraph No. 8 of Count I of the plaintiff's Complaint.

WHEREFORE, the defendant, Hamilton M. Sporborg, D.D.S., demands that plaintiff's Complaint be dismissed with prejudice and that judgment enter in his favor together with costs and attorney fees.

## COUNT II

9. The defendant, Hamilton M. Sporborg, D.D.S., repeats and reasserts all preceding responses as if set forth word for word in their entirety.

10. The defendant, Hamilton M. Sporborg, D.D.S., denies the allegations of this paragraph.

11. The defendant, Hamilton M. Sporborg, D.D.S., denies the allegations of Paragraph 11 of Count II of the plaintiff's Complaint.

WHEREFORE, the defendant, Hamilton M. Sporborg, D.D.S., demands that plaintiff's Complaint be dismissed with prejudice and that judgment enter in his favor together with costs and attorney fees.

### COUNT III

12. The defendant, Hamilton M. Sporborg, D.D.S., repeats and reasserts all preceding responses as if set forth word for word in their entirety.

13. The defendant, Hamilton M. Sporborg, D.D.S., denies the allegations of Paragraph No. 13 of Count III of the plaintiff's Complaint.

14. The defendant, Hamilton M. Sporborg, D.D.S., denies the allegations of Paragraph No. 14 of Count III of the plaintiff's Complaint.

WHEREFORE, the defendant, Hamilton M. Sporborg, D.D.S., demands that plaintiff's Complaint be dismissed with prejudice and that judgment enter in his favor together with costs and attorney fees.

### SECOND DEFENSE

And further answering, the defendant, Hamilton M. Sporborg, D.D.S., says that this action was not commenced within the time prescribed by the applicable statute of limitations and/or statue of repose, and that the complaint should be dismissed, as a matter of law.

### THIRD DEFENSE

And further answering, the defendant, Hamilton M. Sporborg, D.D.S., says that the plaintiff's Complaint in the above matter fails for insufficiency of process and insufficiency of service of process upon the defendant in accordance with the applicable provisions of law. Wherefore, the defendant moves that this Complaint be dismissed pursuant to Fed. R. Civ. P.

12(b) (4) and 12(b) (5) due to the insufficiency of process and insufficiency of service of process.

### FOURTH DEFENSE

And further answering, the defendant, Hamilton M. Sporborg, D.D.S., says that the plaintiff's Complaint fails to state a claim upon which relief may be granted. Wherefore, the defendant moves, pursuant to Fed. R. Civ. P. 12(b)(6), that the plaintiff's Complaint be dismissed, with costs to said defendant.

### FIFTH DEFENSE

And further answering, the defendant, Hamilton M. Sporborg, D.D.S., says that the plaintiff's alleged injuries were not caused by any conduct of this defendant.

### SIXTH DEFENSE

And further answering, the defendant, Hamilton M. Sporborg, D.D.S., says that the damages alleged were caused in whole or in part by the plaintiff's own negligence.

### SEVENTH DEFENSE

And further answering, the defendant, Hamilton M. Sporborg, D.D.S., says that the injuries and damages alleged were caused in whole or in part by negligence of the plaintiff to a degree greater than any alleged negligence of the defendant.

### EIGHTH DEFENSE

And further answering, the defendant, Hamilton M. Sporborg, D.D.S., says that any recovery for past and future medical expenses and/or for alleged conscious pain and suffering, if any, is limited pursuant to the provisions of G.L. c. 231, § 60G and H.

## NINTH DEFENSE

And further answering, the defendant says that this Honorable Court lacks jurisdiction over said defendant under any statute or rule of law and that plaintiff's Complaint fails for want of jurisdiction and there is no complete diversity between parties. Wherefore, the defendant moves that plaintiff's Complaint be dismissed with costs to said defendant.

## TENTH DEFENSE

And further answering, the defendant says that any injuries and damages alleged were not caused by the acts of any person for whose conduct this defendant was legally responsible.

## ELEVENTH DEFENSE

And further answering, the defendant says that any alleged acts or omissions complained of by the plaintiff was not within the scope of any alleged contractual obligation, and/or express or implied warranty. The defendant submits that any such allegation must fail as a matter of law.

## TWELTH DEFENSE

And further answering, the defendant states that the ad damnum amounts set forth in plaintiff's complaint should be stricken from the complaint and that the plaintiff be required to re-file his complaint omitting such ad damnum amounts pursuant to Massachusetts General Laws Chapter 231, Section 60C.

## THIRTEENTH DEFENSE

And further answering, the defendant denies that the plaintiff is entitled to any interest. The defendant states that any award of interest is limited pursuant to Massachusetts General Laws Chapter 231, Section 60K.

## FOURTEENTH DEFENSE

And further answering, the defendant says that if the plaintiff underwent the dental procedures alleged, he did so after he was properly informed and cognizant of any material risks and uncertainties involved in said procedures, and plaintiff exercised his informed consent to the performance of said procedures and/or treatment.

WHEREFORE, all allegations of negligence having been denied, the defendant, Hamilton M. Sporborg, D.D.S., requests that all of plaintiff's demands for relief be denied, the complaint be dismissed with prejudice, judgment be entered in favor of the defendant and that costs and attorney fees be awarded to the defendant.

Respectfully submitted,

Kevin C. Reidy, B.B.O. No. 567760
Attorney for Defendant, Hamilton M. Sporborg, D.D.S.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA  02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Kevin C. Reidy, attorney for the defendant, do hereby certify that on the 21st day of December, 2004, a copy of the **Answer** was sent by mail, postage prepaid, to:

Anthony R. Bott, Esq.
Anthony R. Bott, P.C.
Eight Beach Road
Post Office Box 1137
East Orleans, MA  02643

Kevin C. Reidy, B.B.O. No. 567760
Attorney for Defendant, Hamilton M. Sporborg, D.D.S.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA  02114
(617) 227-3240