UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH I. TOOTELL, JR.,       ) | |
|     Plaintiff                                     ) | |
|                                ) | |
| VS.                                               ) | CIVIL ACTION NO. 04-11813 JLT |
|                                ) | |
| HAMILTON M. SPORBORG, D.D.S., ) | |
|     Defendant                                 ) | |

**REQUEST OF DEFENDANT, HAMILTON M. SPORBORG, D.D.S., FOR TRIBUNAL HEARING PURSUANT TO CHAPTER 231, SECTION 60B**

Now comes the defendant, Hamilton M. Sporborg, D.D.S., and requests that the above matter be referred to a Medical Malpractice Tribunal in the State Superior Court pursuant to G.L. c. 231, Section 60B, and states in support of this request that:

1. This is an action for alleged malpractice, mistake or error against a provider of health care;

2. The field of specialty of the defendant is dentistry and, therefore, a dentist is requested by the defendant to serve as the medical member of the Tribunal.

3. The defendant practices in Barnstable County.

Respectfully submitted,

Kevin C. Reidy, B.B.O. No. 567760
Attorney for the Defendant
MARTIN, MAGNUSON, McCARTHY
& KENNEY
101 Merrimac Street
Boston, Massachusetts 02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Kevin C. Reidy, counsel for the defendant, hereby certify that on the 21st day of December, 2004, I served the above **REQUEST FOR TRIBUNAL HEARING** by mailing a copy thereof, postage prepaid to Anthony R. Bott, Esq., Anthony R. Bott, P.C., Eight Beach Road, Post Office Box 1137, East Orleans, MA 02643.

Kevin C. Reidy, B.B.O. No.: 567760
Attorney for the Defendant
MARTIN, MAGNUSON, McCARTHY
& KENNEY
101 Merrimac Street
Boston, Massachusetts 02114
(617) 227-3240