UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH I. TOOTELL, JR.,<br>Plaintiff | )<br>)<br>) |
| VS. | )    CIVIL ACTION NO. 04-11813 JLT |
| HAMILTON M. SPORBORG, D.D.S.,<br>Defendant | )<br>)<br>) |

### DEFENDANT, HAMILTON M. SPORBORG, D.D.S.' S INITIAL DISCLOSURE PURSUANT TO FEDFERAL RULE 26(a)(1)

Pursuant to the Federal Rules of Civil Procedure 26(a)(1), the defendant, Hamilton M. Sporborg, D.D.S., respectfully submits his initial disclosure statement. Pursuant to Rule 26(a)(1), the defendant, Hamilton M. Sporborg, D.D.S., hereby makes the following initial disclosures based upon information currently available to him:

I.  Rule 26(a)(1)(A)

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of this information.

1. Kenneth I. Tootel, Jr. (plaintiff)
   (last known address Brewster, MA)

2. Hamilton M. Sporborg, DDS (defendant)
   1118 Main Street
   Chatham, MA 02633

3. Charles Levy, DMD
   244 Willow Street
   Yarmouth Port, MA 02675

4. Stephen J. Canis, DMD

5. Peter Theoharidis, DMD
   241 Station Avenue
   South Yarmouth, MA 02664

6. Dr. Troxell (Dentist)
   Florida

7. Any of the individuals identified in the plaintiff's medical/dental records from the office chart of the defendant, Hamilton M. Sporborg, D.D.S.

8. Any of the individuals identified in the plaintiff's medical/dental records from any of his medical/dental providers.

Investigation and discovery are ongoing and the defendant, Hamilton M. Sporborg, D.D.S., reserves the right to further supplement his initial disclosures.

II. Rule 26(a)(1)(B)

A copy of, or a description by category and location of all documents, dates compilations, and tangible things in the possession, custody or control of the party and that the party may use to support its claims or defenses, unless solely for impeachment.

The defendant, Hamilton M. Sporborg, D.D.S., identifies the following documents that he may use to support his defense in this case:

1. The plaintiff's dental records from Hamilton M. Sporborg, D.D.S.;

2. The plaintiff's dental records from records Charles Levy, DMD;

3. The plaintiff's dental records from records Stephen J. Canis, DMD;

4. The plaintiff's dental records from records Peter Theoharidis, DMD; and

5. The plaintiff's dental records from any of the medical/dental treatment he received while in Florida.

Investigation and discovery are ongoing and the defendant, Hamilton M. Sporborg, D.D.S., reserves the right to further supplement his initial disclosures.

III.  Rule 26(a)(1)(C)

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Not applicable to this defendant.

IV.  Rule 26(a)(1)(D)

For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment, which may be entered in the action, or to indemnify or reimburse for payments made to satisfy the judgment.

The defendant, Hamilton M. Sporborg, D.D.S., is being provided insurance coverage pursuant to a professional liability insurance policy issued by Eastern Dental Insurance Company. The defendant agrees to voluntarily produce a copy of the declaration page pertaining to this policy to the plaintiff's counsel upon request.

Respectfully submitted,

_____
Kevin C. Reidy  BBO#: 567760
Attorney for Defendant,
Hamilton M. Sporborg, D.D.S.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Kevin C. Reidy, attorney for the defendant, Hamilton M. Sporborg, D.D.S., do hereby certify that on the 6th day of January, 2005, a copy of the *INITIAL DISCLOSURE* was sent by mail, postage prepaid, to:

> Anthony R. Bott, Esq.
> Anthony R. Bott, P.C.
> Eight Beach Road
> Post Office Box 1137
> East Orleans, MA  02643

> Kevin C. Reidy, B.B.O. No. 567760
> Attorney for Defendant, Hamilton M. Sporborg, D.D.S.
> MARTIN, MAGNUSON, McCARTHY & KENNEY
> 101 Merrimac Street
> Boston, MA  02114
> (617) 227-3240