UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

KENNETH I. TOOTELL, JR., )
    Plaintiff )
  )
VS. )   CIVIL ACTION NO. 04-11813 JLT
  )
HAMILTON M. SPORBORG, D.D.S., )
    Defendant )

## LOCAL RULE 16.1(D) (3) CERTIFICATION OF HAMILTON M. SPORBORG, DDS

Pursuant to the United States District Court Rule 16.1(D)(3), the defendant, Hamilton M. Sporborg, DDS, through his authorized representative, certifies that he has conferred with undersigned counsel regarding the budget and costs of conducting the full course of litigation including various alternative courses, of this litigation. The defendant and counsel have also conferred regarding the resolution of this litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

Kevin C. Reidy, B.B.O. No. 567760
Attorney for Defendant, Hamilton M. Sporborg, D.D.S.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Kevin C. Reidy, attorney for the defendant, do hereby certify that on the 6th day of January, 2005, a copy of the **CERTIFICATION** was sent by mail, postage prepaid, to:

Anthony R. Bott, Esq.
Anthony R. Bott, P.C.
Eight Beach Road
Post Office Box 1137
East Orleans, MA  02643

_____
Kevin C. Reidy, B.B.O. No. 567760
Attorney for Defendant, Hamilton M. Sporborg, D.D.S.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA  02114
(617) 227-3240