BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

## NOTICE OF COUNSEL OF RESIGNATION
## TO COUNSEL AND UNREPRESENTED PARTIES

TO: Kevin C. Reidy, Esq., of Martin, Magnuson, McCarthy & Kenney
Counsel for Defendant Hamilton M. Sporborg, D.D.S.

101 Merrimac Street
Address
Boston, MA 02114-4716

COURT: United States District Court – District of Massachusetts

CASE CAPTION: Kenneth I. Tootell, Jr. v. Hamilton M. Sporborg, D.D.S.

DOCKET NUMBER: 04 11813 JLT

CLIENT NAME: Kenneth I. Tootell, Jr.

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers, you are hereby advised that I have resigned from the further practice of law in the Commonwealth of Massachusetts and consequently am disqualified from acting as an attorney after May 1, 2005, the effective date of resignation.

DATE: 4/13/05   SIGNATURE: Anthony Raoul Bott

ADDRESS: P.O. Box 1137
East Orleans, MA 02643
TELEPHONE: (508) 240-2700

Revised September 1997