BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

## NOTICE OF RESIGNATION TO CLIENT

TO: Kenneth I. Tootell, Jr.
Client
P.O. Box 1478
Address
Big Pine Key, FL 33043

United States District Court
Court
Tootell v. Hamilton M. Sporborg, D.D.S.
Case Caption
04 11813 JLT
Docket Number

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have resigned from further practice of the law in the Commonwealth of Massachusetts and consequently am disqualified from acting as an attorney after May 1, 2005, the effective date of resignation.

If you are not represented by co-counsel, you should act promptly to obtain other counsel to represent you further in the above matter. In addition, the following circumstances of this case will require immediate attention:

You have the right to have all papers, documents, and other materials that you supplied to me in this case returned to you, as well as the right to certain other documents in your file. These documents may be retrieved from:

NAME: James J. Bombanti, C.P.A.

ADDRESS: 75 Finlay Road, P.O. Box 786

Orleans, MA 02653-0786

TELEPHONE: (508) 255-0006

You also have the right to a refund of any part of any fees and costs you paid in advance that have not been earned or expended.

Revised September 1997

You are further notified that I am required to close every IOLTA, client, trust, or other fiduciary account and properly disburse or otherwise transfer all client and fiduciary funds in my possession, custody, or control.

DATE: 4/13/05    SIGNATURE: _____
                              Anthony Raoul Bott

ADDRESS:    P.O. Box 1137
            East Orleans, MA 02643
TELEPHONE:  (508) 280-2700