United States District Court                         July 27, 2005
District of Massachusetts(Boston)
Case # 1:04-cv-11813-JLT

Tootell v. Sporborg

Plaintiff

Kenneth I. Tootell, Jr.          represented by Kenneth I. Tootell, Jr.
                                 PROSE

At this time I am requesting a motion for extension of time. My reason for this request is that my former lawyer Anthony R. Bott has been barred from practicing law in the State of Massachusetts. At this point I have spoken with several other lawyers and my main problem is that they do not want to become involved in what another lawyer has already started. I will continue to pursue this through the Massachusetts Bar Association.

                                        Respectfully,

                                        Kenneth I. Tootell, Jr.