UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KENNETH I. TOOTELL, JR.,<br>Plaintiff | ) ) ) | |
| VS. | ) ) | CIVIL ACTION NO. 04-11813 JLT |
| HAMILTON M. SPORBORG, D.D.S.,<br>Defendant | ) ) ) | |

NOTICE OF STATUS

Pursuant to Massachusetts General Laws Chapter 231 Section 60B, a medical malpractice tribunal was convened on behalf of the defendant, Hamilton M. Sporborg, DDS, in Suffolk Superior Court on Monday November 21, 2005 at 2:00. The plaintiff, Kenneth I. Tootell, Jr., did not appear at the medical malpractice tribunal. The medical malpractice tribunal did not receive any Offer of Proof from the plaintiff. The finding of the medical malpractice tribunal was in favor of Hamilton M. Sporborg, DDS. The plaintiff is required to post the full amount of the statutory bond ($6,000.00) within thirty days of the medical malpractice tribunal's finding. Should the full amount of the bond not be filed, the matter will be subject to dismissal pursuant to Massachusetts General Laws Chapter 231 Section 60B.

Respectfully submitted,

_____
Kevin C. Reidy, B.B.O. No. 567760
Attorney for Defendant, Hamilton M. Sporborg, D.D.S.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA  02114
(617) 227-3240

## CERTIFICATE OF SERVICE

I, Kevin C. Reidy, attorney for defendant, hereby certify that on the 22nd day of November, 2005, I served the within *Notice of Status* upon all parties of record by mailing a copy, postage prepaid, to Kenneth I. Tootell, Jr., pro se, 938 Crowell's Bog Road, Brewster, MA 02631.

Kevin C. Reidy, B.B.O. No. 567760
Attorney for Defendant,
Hamilton M. Sporborg, D.D.S.
MARTIN, MAGNUSON, McCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240