**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court**

CIVIL DOCKET# **SUCV2005-00546**

Kenneth I Tootell Jr
vs.
Hamilton M Sporborg DDS

Notice sent
11/23/2005
K. C. R.
M. M. Mc. & K.
A. R. B.
(sc)

**FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL**
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **11/21/2005**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) ~~For the plaintiff(s)~~ _____ ~~and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability~~ appropriate for judicial inquiry.

*(2) For defendant(s) _Hamilton M. Sporborg, DDS_ because the plaintiff(s) _____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof. _The plaintiff did not appear at the hearing and did not submit an offer of proof._

Dated: **11/21/2005**

Justice of the Superior Court
_[signature]_
Associate Justice of the Superior Court Dept.

Legal Member:
_[signature]_
Attorney - Tribunal Member

Medical Member:
_[signature]_
*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

*strike inapplicable words

cm