# Commonwealth of Massachusetts
# SUFFOLK SUPERIOR COURT
# Case Summary
# Civil Docket

## Tootell Jr v Sporborg DDS

Details for Docket: SUCV2005-00546

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2005-00546 | **Caption:** | Tootell Jr v Sporborg DDS |
| **Filing Date:** | 02/11/2005 | **Case Status:** | Active |
| **Status Date:** | 11/25/2005 | **Session:** | Civil G, 3 Pemberton Square Boston |
| **Lead Case:** | NA | **Case Type:** | Med malpractice hrg only (231,60B) |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | | **Disposition:** | 09/09/2005 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | | **Rule 56:** | |
| **Answer Date:** | | **Jury Trial:** | YES |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2005-00546 | **Caption:** | Tootell Jr v Sporborg DDS |
| **Filing Date:** | 02/11/2005 | **Case Status:** | Active |
| **Status Date:** | 11/25/2005 | **Session:** | Civil G, 3 Pemberton Square Boston |
| **Lead Case:** | NA | **Case Type:** | B06 |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | | **Disposition:** | 09/09/2005 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | | **Rule 56:** | |
| **Answer Date:** | | **Jury Trial:** | YES |

## Parties Involved

2 Parties Involved in Docket: SUCV2005-00546

**Party**

| | | | |
|---|---|---|---|
| **Involved:** | | **Role:** | Defendant |
| **Last Name:** | Sporborg DDS | **First Name:** | Hamilton M |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Tootell Jr | **First Name:** | Kenneth I |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

2 Attorneys Involved for Docket: SUCV2005-00546

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Bott | **First Name:** | Anthony R |
| **Address:** | 8 Beach Road | **Address:** | PO Box 1137 |
| **City:** | East Orleans | **State:** | MA |
| **Zip Code:** | 02643 | **Zip Ext:** | |
| **Telephone:** | 508-240-2700 | **Tel Ext:** | |
| **Fascimile:** | 508-240-2772 | **Representing:** | Tootell Jr, Kenneth I (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MART01 |
| **Last Name:** | Reidy | **First Name:** | Kevin C |
| **Address:** | 101 Merrimac Street | **Address:** | 7th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 4716 |
| **Telephone:** | 617-227-3240 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3346 | **Representing:** | Sporborg DDS, Hamilton M (Defendant) |

## Calendar Events

1 Calendar Events for Docket: SUCV2005-00546

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 11/21/2005 | 14:00 | Malpractice tribunal | A | Event held as scheduled |

## Full Docket Entries

19 Docket Entries for Docket: SUCV2005-00546

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 02/11/2005 |  | Medical malpractice hearing only (231,60B); docket#0411813JLT pending |
| 02/11/2005 |  | in U.S. District Court |
| 02/11/2005 |  | Origin 91, Type Z01, Track X. |
| 02/11/2005 | 1 | Certified copy of Complaint & Jury demand |
| 02/11/2005 | 2 | Certified copy of ANSWER & Jury demand: Defendant Hamilton M Sporborg |
| 02/11/2005 | 2 | DDS (all issues) |
| 02/11/2005 | 3 | Certified copy of Request for medical malpractice tribunal filed by |
| 02/11/2005 | 3 | Hamilton M Sporborg DDS |
| 02/11/2005 | 4 | Certified copy of Defendant Hamilton M Sporborg DDS's MOTION for |
| 02/11/2005 | 4 | Medical Malpractice Tribunal Hearing Pursuant to Mass General Laws |
| 02/11/2005 | 4 | Chapter 231 Section 60B |
| 02/11/2005 |  | Request (P#3) ALLOWED (Tauro, D.J.) |
| 02/11/2005 | 5 | Civil action cover sheet re: Malpractice |
| 09/02/2005 | 6 | Second request of deft Hamilton M Sporborg DDS for tribunal hearing |
| 09/02/2005 | 6 | pursuant to ch 231 sec 60B |
| 11/25/2005 | 7 | Medical malpractice tribunal report: as to Hamilton M Sporborg DDS |
| 11/25/2005 | 7 | that there is not sufficient evidence to raise a legitimate question |
| 11/25/2005 | 7 | as to liability appropriate for judicial inquiry. (Thomas Connolly, |
| 11/25/2005 | 7 | Justice) Copies mailed 11/23/2005 (entered 11/21/04) |

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11813-JLT

Tootell v. Sporborg
Assigned to: Judge Joseph L. Tauro
Demand: $750,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/19/2004
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Diversity

**Plaintiff**

**Kenneth I. Tootell, Jr.**     represented by   **Kenneth I. Tootell, Jr.**
938 Crowell's Bog Road
Brewster, MA 02631
508-896-3397
PRO SE

**Anthony R. Bott**
Anthony R. Bott, P.C.
Eight Beach Road
P.O. Box 1137
East Orleans, MA 02643
508-240-2700
*TERMINATED: 04/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**D.D.S Hamilton M. Sporborg**     represented by   **Kevin C. Reidy**
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
Boston, MA 02114
617-227-3240
Fax: 617-227-3346
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 58091, filed by Kenneth I. Tootell Jr..(Abaid, Kim) (Entered: 08/23/2004) |
| 08/19/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Abaid, Kim) (Entered: 08/23/2004) |

| | | |
|---|---|---|
| 08/19/2004 | | Summons Issued as to Hamilton M. Sporborg. (Abaid, Kim) (Entered: 08/23/2004) |
| 12/13/2004 | 2 | SUMMONS Returned Executed Hamilton M. Sporborg served on 12/2/2004, answer due 12/22/2004. (Abaid, Kim) (Entered: 12/14/2004) |
| 12/22/2004 | 3 | ANSWER to Complaint with Jury Demand by Hamilton M. Sporborg. (Abaid, Kim) (Entered: 12/28/2004) |
| 12/22/2004 | 4 | Request of Defendant for Tribunal Hearing Pursuant to Chapter 231, Section 60B. (Abaid, Kim) (Entered: 12/28/2004) |
| 12/22/2004 | 5 | MOTION for Medical Malpractice Tribunal Hearing by Hamilton M. Sporborg.(Abaid, Kim) (Entered: 12/28/2004) |
| 12/22/2004 | 6 | MOTION to Strike Ad Damnum Amount by Hamilton M. Sporborg. (Abaid, Kim) (Entered: 12/28/2004) |
| 01/07/2005 | 7 | Initial Disclosure by Hamilton M. Sporborg.(Abaid, Kim) (Entered: 01/10/2005) |
| 01/07/2005 | 8 | CERTIFICATE OF CONSULTATION by Kevin C. Reidy on behalf of Hamilton M. Sporborg. (Abaid, Kim) (Entered: 01/10/2005) |
| 02/07/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 4 Request for Tribunal Hearing andgranting 6 Motion to Strike Ad Damnum Amount. (Abaid, Kim) (Entered: 02/08/2005) |
| 02/10/2005 | | Case file sent to Medical Malpractice Tribunal. (Abaid, Kim) (Entered: 02/10/2005) |
| 04/19/2005 | 9 | Notification of Resignation to Court, Agency or Tribunal by Kenneth I. Tootell, Jr (Abaid, Kim) (Entered: 04/20/2005) |
| 04/19/2005 | 10 | NOTICE of Counsel of Resignation to Counsel and Unrepresented Parties Attorney Anthony R. Bott terminated. (Abaid, Kim) (Entered: 04/20/2005) |
| 04/19/2005 | 11 | NOTICE of Resignation to Client by Kenneth I. Tootell, Jr (Abaid, Kim) (Entered: 04/20/2005) |
| 06/23/2005 | | Motions terminated: 5 MOTION for Referral to Medical Tribunal filed by Hamilton M. Sporborg,. This motion was allowed on 2/7/05 (Abaid, Kim) (Entered: 06/23/2005) |
| 07/28/2005 | 12 | MOTION for Extension of Time by Kenneth I. Tootell, Jr.(Abaid, Kim) (Entered: 07/29/2005) |
| 10/11/2005 | | Judge Joseph L. Tauro : ElectronicORDER entered finding as moot 12 Motion for Extension of Time (Lovett, Zita) (Entered: 10/11/2005) |
| 11/10/2005 | | NOTICE of Hearing: Status Conference set for 11/16/2005 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 11/10/2005) |
| 11/15/2005 | | NOTICE by the COURT: the status conference set for November 16, |

| | | |
|---|---|---|
| | | 2005 is cancelled. Counsel is requested to file with the Court a status report upon completion of the hearing November 21, 2005 before the medical tribunal. (Lovett, Zita) Modified on 11/16/2005 (Abaid, Kim). (Entered: 11/15/2005) |
| 11/25/2005 | 13 | FINDINGS of the Medical Tribunal (Abaid, Kim) (Entered: 11/28/2005) |
| 11/28/2005 | 14 | STATUS REPORT by Hamilton M. Sporborg. (Abaid, Kim) (Entered: 11/28/2005) |
| 11/29/2005 | 15 | FINDINGS of the Medical Tribunal (Abaid, Kim) (Entered: 12/02/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/28/2005 08:56:00 | | | |
| PACER Login: | mm2642 | Client Code: | Tootel |
| Description: | Docket Report | Search Criteria: | 1:04-cv-11813-JLT |
| Billable Pages: | 2 | Cost: | 0.16 |