*Notify*

8

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO: 2005-0546G

Kenneth I. Tootell, Jr.
          PLAINTIFF


          V.


Hamilton M. Sporborg D.D.S.
          DEFENDANT


ORDER


AFTER A MEDICAL MALPRACTICE TRIBUNAL HEARING IN SUFFOLK

SUPERIOR COURT:

THE ABOVE ENTITLED ACTION IS HEREBY ORDERED RETURNED TO

THE  United States District Court : DOCKET #04 11813 JLT


BY THE COURT, Henry, J.

*Catherine J. Defimone*

ASST. CLERK


DATED:   February 15, 2006

*Notice Sent 2/15/06*
*A.R.B.*
*MM McC+R - JLC.R.*
*PC*
*1216*